No. 347, Misc. CASIANO v. PUERTO RICO. Supreme Court of Puerto Rico. Certiorari denied. *Hector Lugo-Bougal* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, for respondent. Reported below: —— P. R. ——.

No. 349, Misc. DAGLE v. MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied. *Bernard Kaplan* for petitioner. *Edward W. Brooke,* Attorney General of Massachusetts, and *James W. Bailey,* Assistant Attorney General, for respondent.

No. 352, Misc. GANDY v. ALABAMA. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se.* *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 355, Misc. QUINTANA v. COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se.* *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John P. Moore,* Assistant Attorney General, for respondent.

No. 361, Misc. TSERMENGAS v. MICHIGAN ET AL. Supreme Court of Michigan. Certiorari denied.

No. 367, Misc. GRAY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.